ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Red Orange North America, Inc. | ) ASBCA No. 63026 |
| | ) |
| Under Contract No. W912PQ-21-P-0035 | ) |

APPEARANCE FOR THE APPELLANT:    Darwin A. Hindman, III, Esq.
                                  Baker, Donelson, Bearman, Caldwell &
                                   Berkowitz, PC
                                  Nashville, TN

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
                                  Army Chief Trial Attorney
                                 MAJ Jason C. Coffey, JA
                                 Dana J. Chase, Esq.
                                  Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled by the parties agreeing to convert termination of the subject Contract No. W912PQ-21-P-0035 for default to a termination for convenience. The appeal is dismissed with prejudice.

Dated:  May 6, 2022

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63026, Appeal of Red Orange North America, Inc., rendered in conformance with the Board's Charter.

Dated:  May 6, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals